IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLOBENET METALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0282-WS-B |
| | ) |
| FIDELITY OIL FIELD SERVICES, LLC, etc., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order of Court dated October 7, 2013, the plaintiff shall have and recover of the defendant the sum of $123,521.03. Judgment is hereby entered in favor of plaintiff GlobeNet Metals LLC and against defendant Fidelity Oil Services LLC d/b/a Southern Tank & Repair.

DONE this 7th day of October, 2013.

<u>s/ WILLIAM H. STEELE</u>
CHIEF UNITED STATES DISTRICT JUDGE